# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Fields,<br><br>                    Plaintiff,<br><br>v.<br><br>Department Stores National Bank, et al.,<br><br>                    Defendants. | No. CV-16-04477-PHX-GMS<br><br>**ORDER** |

The Court having considered the Plaintiff's Motion to Dismiss Defendant Department Stores National Bank with Prejudice (Doc. 19) and good cause appearing,

**IT IS ORDERED** that the Motion is granted. This action is dismissed with prejudice as to Defendant Department Stores National Bank with each party to bear its own attorneys' fees and costs.

Dated this 23rd day of March, 2017.

_____
Honorable G. Murray Snow
United States District Judge